IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GIOVANNI MUCCI,<br>    *Plaintiff,*<br><br>    v.<br><br>CORRECTION OFFICER TIMOTHY WATERS et al.,<br>    *Defendants.* | Civil No. 23-2649 |

## ORDER

**AND NOW**, this 3rd day of September, 2025, upon consideration of Defendant Jaime Sorber's Motion for Summary Judgment (ECF No. 35) and Plaintiff's Response, it is hereby **ORDERED** that the motion is **GRANTED**. The Clerk of Court is **DIRECTED** to enter judgment in favor of Defendant Sorber and against Plaintiff on all claims against Defendant Sorber.

BY THE COURT:

_____
MARY KAY COSTELLO
United States District Judge